1  SEYFARTH SHAW LLP
   Peter E. Romo, Jr. (SBN 38925)
2  Robin M. Cleary (SBN 192489)
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Plaintiff and Counter-Defendant
   PROTECTIVE LIFE INSURANCE COMPANY
6
   AARON & WILSON, LLP
7  Timothy C. Wilson (SBN: 173928)
   150 Post Street, Suite 400
8  San Francisco, California 94108
   Telephone: (415) 438-7800
9  Facsimile: (415) 438-7808

10 Attorneys for Defendant and Counter-Claimant
   MARIE F. WILLIAMS
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| PROTECTIVE LIFE INSURANCE COMPANY, | Case No. CIV S-03-2524 MCE GGH |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| MARIE F. WILLIAMS | |
| Defendant. | |
| MARIE F. WILLIAMS, | |
| Counter-Claimant, | |
| v. | |
| PROTECTIVE LIFE INSURANCE COMPANY, | |
| Counter-Defendant | |

Request for Dismissal and [Proposed] Order / Case No. CIV S-03-2524 MCE GGH

**IT IS HEREBY STIPULATED AS FOLLOWS:**

Plaintiff and Cross-Defendant Protective Life Insurance Company ("Protective") and Defendant and Cross-Claimant Marie F. Williams ("Williams"), through their respective counsel of record, have come to a settlement of the entire action and further stipulate that Protective's complaint and all causes of action therein and Williams' counter-claim and all causes of action therein, shall be dismissed WITH PREJUDICE, each party to bear their own fees and costs.

.DATED: July _____, 2008                SEYFARTH SHAW LLP


                                        By_____
                                            Robin M. Cleary
                                        Attorneys for Plaintiff and Cross-Defendant
                                        PROTECTIVE LIFE INSURANCE COMPANY

.DATED: July _____, 2008                AARON & WILSON, LLP


                                        By_____
                                            Timothy C. Wilson
                                        Attorneys For Defendant and Cross-Claimant
                                        MARIE F. WILLIAMS

## ORDER

Pursuant to the stipulation of the parties, the above entitled action, including the counter-claim, is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: August 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE